IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LEMAR NEIL ROBINSON,

    Plaintiff,

v.

CANDI JOHNSON; TYLER TRINOSKEY;
BRENDA STEVENSON; and M. MEEKS,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-141

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DISMISSES without prejudice** Plaintiff's Complaint for his failure to follow this Court's Order and for his failure to prosecute and **DISMISSES as moot** Plaintiff's Motion for Emergency Injunction, (doc. 2). Additionally, the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal and **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 9th day of May, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA